IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Eduardo Romero Mejia,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Geoffrey Kirk, et al,<br><br>　　　　　　　Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 2:22-cv-00542-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Defendants' Motion to Dismiss.[1] (ECF No. 11.) Defendants seek to dismiss "all causes of action except the Fourth Cause of Action, which purports to be a malicious protection claim." (ECF No. 11 p. 1.) In response, Plaintiff agrees to dismiss all causes of action except the Fourth Cause of Action. (ECF No. 12.) Accordingly, the undersigned recommends below that the Motion be granted.

RECOMMENDATION

Based upon the Defendants' motion, and on Plaintiff's stated agreement to dismiss all the causes of action except the Fourth Cause of Action, the undersigned recommends that Defendants' Motion be GRANTED.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

---

[1] This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B).

DATED this 28 October 2022.

_____
Dustin B. Pead
United States Magistrate Judge