IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Eduardo Romero Mejia,<br><br>              Plaintiff,<br>v.<br>Geoffrey Kirk et al.,<br><br>              Defendants. | ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:22-cv-00542-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

This case was assigned to United States District Court Judge Dale A. Kimball, who referred the case under 28 U.S.C. § 636(b)(1)(B) to United States Chief Magistrate Judge Dustin B. Pead. On October 28, 2022, the Magistrate Judge issued a Report and Recommendation (R&R) [ECF No. 14]. In the R&R, the Magistrate Judge recommended that Defendants' Motion to Dismiss be granted, based upon the motion itself and also on Plaintiff's stated agreement to dismiss all the causes of action except the Fourth Cause of Action. No objection has been filed, and the time for objecting has expired.

The court agrees with the recommendation and hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation. Accordingly, Defendants' Motion to Dismiss [ECF No. 11] is hereby GRANTED, and all causes of action are dismissed except for the Fourth Cause of Action.

DATED this 17th day of November, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge